United States District Court

For the Eastern District of Michigan

Theodore Levin United States Courthouse

231 West Lafayette Blvd.

Detroit, Michigan 48226

Julian Abele Cook, Jr.
District Judge

(313) 234-5100

July 9, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Ladies and Gentlemen:

I am in receipt of your letter of June 13, 2007 relative to my report dated May 3, 2007 and in compliance therewith, enclosed please find an amended report for Part VII, page 5, Line 31 and page 6, lines 38-42. If there are any further concerns, do not hesitate to

RECEIVED 2007 JUL 12 A 11: 43 FINANCIAL DISCLOSURE OFFICE

**FINANCIAL DISCLOSURE REPORT**
Page 4 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Intel | A | Dividend | J | T | | | | | |
| 2. Vodafone | A | Dividend | J | T | | | | | |
| 3. Wal Mart | A | Dividend | K | T | | | | | |
| 4. RMA Money Market | A | Interest | K | T | | | | | |
| 5. US Savings Bonds | C | Interest | J | T | | | | | |
| 6. Cisco Systems | A | Dividend | K | T | | | | | |
| 7. ExxonMobil | B | Dividend | L | T | | | | | |
| 8. General Electric | B | Dividend | L | T | | | | | |
| 9. ███████, Orangeburg, SC | | None | M | W | | | | | |
| 10. Lord Abbett Affiliated Fund - IRA | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Affiliated Fund - IRA | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Mid Cap Fund - IRA | A | Dividend | J | T | | | | | |
| 14. Lord Abbett Mid Cap Fund | A | Dividend | K | T | | | | | |
| 15. Lord Abbett Mid Cap Fund | A | Dividend | K | T | | | | | |
| 16. Verizon | A | Dividend | J | T | | | | | |
| 17. Quest | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 8 | Cook, Jr., Julian A | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 19. Alliance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 20. Fannie Mae | A | Dividend | J | T | | | | | |
| 21. Pfizer | A | Dividend | J | T | | | | | |
| 22. General Motors | A | Dividend | J | T | | | | | |
| 23. Federated Muni Opportunity Fund | A | Dividend | K | T | | | | | |
| 24. Federated Muni Opportunity Fund | A | Dividend | L | T | | | | | |
| 25. Eaton Vance National Muni Fund | C | Dividend | L | T | | | | | |
| 26. Amgen | A | Dividend | J | T | | | | | |
| 27. Home Depot | A | Dividend | J | T | | | | | |
| 28. AT&T | A | Dividend | J | T | | | | | |
| 29. Apple | A | Dividend | K | T | | | | | |
| 30. Citigroup | A | Dividend | J | T | | | | | |
| 31. Idearc | A | Dividend | J | T | BUY | 12/27 | J | | UBS |
| 32. Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 33. Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 34. Lord Abbett Balanced Fund - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A :$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | N =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 8 | Name of Person Reporting<br><br>Cook, Jr., Julian A | Date of Report<br><br>04/24/2007 |
| --- | --- | --- |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer seller<br>(if private<br>transaction) |
| 35. Mich State Hospital fund | A | Interest | | | Redemption | 07/26 | L | A | UBS |
| 36. Mich Hospital Fund | A | Interest | | | Redemption | 07/26 | K | A | UBS |
| 37. MFS Muni High Income Fund | A | Dividend | J | T. | | | | | |
| 38. Henderson International-Fund GLOBAL OPP. | A | Dividend | L | T | | | | | |
| 39. Henderson International Fund GLOBAL OPP. | A | Dividend | K | T | | | | | |
| 40. Henderson International Fund GLOBAL OPP. | A | Dividend | J | T | | | | | |
| 41. Henderson International Fund IRA GLOBAL OPP. | A | Dividend | J | T | | | | | |
| 42. Henderson International Fund - IRA GLOBAL OPP. | A | Dividend | J | T | | | | | |
| 43. Lord Abbett Small Cap Blend Fund | A | Dividend | J | T | | | | | |
| 44. BLACKROCK | A | INT | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F -$50,001 - $100,000 | B -$1,001 - $2,500<br>O =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D -$5,001 - $15,000<br>H2 -More than $5,000,000 | E -$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J -$15,000 or less<br>N - $250,001 - $500,000 | K -$15,001 - $50,000<br>O -$500,001 - $1,000,000 | L -$50,001 - $100,000<br>P1 -$1,000,001 - $5,000,000 | M -$100,001 - $250,000<br>P2 -$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 - $25,000,001 - $50,000,000<br>Q - Appraisal<br>U -Book Value | R -Cost (Real Estate Only)<br>V -Other | N -More than $50,000,000<br>S -Assessment<br>W -Estimated | T -Cash Market | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Cook, Jr., Julian A | 2. Court or Organization  U.S. District Court | 3. Date of Report  05/03/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Sr., US District Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial    ☒ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  231 W. Lafayette Street  Suite 718  Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 14 A 10: 01
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia Trial Advocacy | January 11-14, 2006, Charlottesville, Virginia {Hotel, Meals, Transportation} |
| 2. | Cincinnati Bar Association | September 21-24, 2006, Cincinnati, Ohio, Just the Beginning Foundation {Hotel, Meals} |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 05/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Intel | A | Dividend | J | T | | | | | |
| 2. Vodafone | A | Dividend | J | T | | | | | |
| 3. Wal Mart | A | Dividend | K | T | | | | | |
| 4. RMA Money Market | A | Interest | K | T | | | | | |
| 5. US Savings Bonds | C | Interest | J | T | | | | | |
| 6. Cisco Systems | A | Dividend | K | T | | | | | |
| 7. Exxon Mobil | B | Dividend | L | T | | | | | |
| 8. General Electric | B | Dividend | L | T | | | | | |
| 9. ███████, Orangeburg, SC | | None | M | W | | | | | |
| 10. Lord Abbett Affiliated Fund - IRA | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Affiliated Fund - IRA | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Mid Cap Fund IRA | A | Dividend | J | T | | | | | |
| 14. Lord Abbett Mid Cap Fund | A | Dividend | K | T | | | | | |
| 15. Lord Abbett Mid Cap Fund | A | Dividend | K | T | | | | | |
| 16. Verizon | A | Dividend | J | T | | | | | |
| 17. Quest | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alloiance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 19. Alliance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 20. Fannie Mae | A | Dividend | J | T | | | | | |
| 21. Pfizer | A | Dividend | J | T | | | | | |
| 22. General Motors | A | Dividend | J | T | | | | | |
| 23. Federated Muni Opportunity Fund | A | Dividend | K | T | | | | | |
| 24. Federated Muni Opportunity Fund | A | Dividend | L | T | | | | | |
| 25. Eaton Vance National Muni Fund | C | Dividend | L | T | | | | | |
| 26. Amgen | A | Dividend | J | T | | | | | |
| 27. Home Depot | A | Dividend | J | T | | | | | |
| 28. AT&T | A | Dividend | J | T | | | | | |
| 29. Apple | A | Dividend | K | T | | | | | |
| 30. Citigroup | A | Dividend | J | T | | | | | |
| 31. Idearc | A | Dividend | J | T | | | | | |
| 32. Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 33. Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 34. Lord Abbett Balanced Fund - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Jr., Julian A | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mich. State Hospital Fund | A | Interest | | | Redemption | 07/26 | L | A | UBS |
| 36. Mich. Hospital Fund | A | Interest | | | Recemption | 07/26 | K | A | UBS |
| 37. MFSMuni High Income Fund | A | Dividend | J | T | | | | | |
| 38. Henderson International Fund | A | Dividend | L | T | | | | | |
| 39. Henderson International Fund | A | Dividend | K | T | | | | | |
| 40. Henderson International Fund | A | Dividend | J | T | | | | | |
| 41. Henderson International Fund - IRA | A | Dividend | J | T | | | | | |
| 42. Henderson International Fund - IRA | A | Dividend | J | T | | | | | |
| 43. Lord Abbett Small Cap Blend Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

Date **MAY 8, 2007**

ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544